FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 SEP 14  AM 9: 40

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

LAWRENCE A. HATCH, SR.,            )
                                   )
       Plaintiff,                  )
                                   )
v.                                 )      CV 106-080
                                   )
                                   )
BURKE COUNTY JAIL and C & H        )
SERVICES,                          )
                                   )
       Defendants.                 )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's complaint is **DISMISSED** without prejudice, and this civil action is **CLOSED**.

SO ORDERED this 14th day of September, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE